AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

JASON ALAN JONES,

      Petitioner,        JUDGMENT IN A CIVIL CASE

V.

                              CASE NUMBER: **3:04-CV-00551-RLH-RAM**

COUNTY OF WASHOE, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is DENIED IN ITS ENTIRETY.

  March 18, 2008                                            **LANCE S. WILSON**
                                                                            Clerk

                                                                        /s/ Katie Lynn Ogden
                                                                            Deputy Clerk